## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In Re: 10-46352-hjb**            ) | **Chapter 13 Proceeding** |
|                                                         ) | |
| **Jeffery Goldberg**                    ) | |
|            **Debtor**                        ) | |
|                                                         ) | |
| **BankUnited, National Association**  ) | |
|            **Movant**                       ) | |
|                                                         ) | |
| **vs.**                                           ) | |
|                                                         ) | |
| **Jeffery Goldberg**                    ) | |
| **and Denise M. Pappalardo, Trustee** ) | |
|            **Respondent**               ) | **March 30, 2012** |

## WITHDRAWAL OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The Movant, BankUnited, National Association, hereby withdraws its Motion for

Relief from Stay filed on March 16, 2012 as Document I.D. Number 72.


By /s/*Ana M. Fidalgo*
Ana M. Fidalgo
The Movant's Attorney
B.B.O. No. 672549
Bendett & McHugh, P.C.
270 Farmington Avenue, Suite 151
Farmington, CT 06032
Phone (860) 677-2868
Fax (860) 409-0626
Email: BKECF@bmpc-law.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **In Re: 10-46352-hjb** ) | **Chapter 7 Proceeding** |
| ) | |
| **Jeffery Goldberg** ) | |
|     **Debtor** ) | |
| ) | |
| **BankUnited, National Association** ) | |
|     **Movant** ) | |
| ) | |
| **vs.** ) | |
| ) | |
| **Jeffery Goldberg** ) | |
| **and Joseph Baldiga, Trustee** ) | |
|     **Respondent** ) | **March 30, 2012** |

## CERTIFICATION OF SERVICE

The undersigned (the "Movant") hereby certifies that, on or before the 30th day of March 2012, a copy of the Withdrawal of Motion for Relief from the Automatic Stay was served to the following:

Jeffery Goldberg
Debtor
11 Reed Ave
Westborough MA  01581
*Via First Class Mail*

Joseph Baldiga, Trustee
*Via Electronic Notice of Filing*

Conrad J. Bletzer, Jr., Esq.
Attorney for FSL Associates, Inc.
300 Market Street
Brighton, MA 02135
*Via First Class Mail*

Cynthia Goldberg
11 Reed Avenue
Westborough, MA 01581
*Via First Class Mail*

Timothy M. Mauser
Debtor's Attorney
*Via Electronic Notice of Filing*

U.S. Trustee
*Via Electronic Notice of Filing*

Office of Tax Collector
34 West Main Street
Westborough, MA 01581
*Via First Class Mail*

Massachusetts Dept. of Revenue
P.O. Box 7021
Boston, MA 02204
*Via First Class Mail*

Erik Shaughnessy, Esq.
Attorney for Deerfield Forest Condominium Trust
*Via Electronic Notice of Filing*

    By */s/Ana M. Fidalgo*
       Ana M. Fidalgo
       The Movant's Attorney
       B.B.O. No. 672549
       Bendett & McHugh, P.C.
       270 Farmington Avenue, Suite 151
       Farmington, CT 06032
       Phone (860) 677-2868
       Fax (860) 409-0626
       Email: BKECF@bmpc-law.com